**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| National Rifle Association of America, Inc., Dr. Kathryn Tyler, Anthony Burton, Van F. Welton, and Brett Benson, Plaintiffs,<br>v.<br>The City of Chicago and Richard M. Daley, Mayor of the City of Chicago, Defendants. | FILED: JUNE 27, 2008<br>08CV3697<br>JUDGE LEINENWEBER<br>MAGISTRATE JUDGE KEYS<br>EDA |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs National Rifle Association of America, Inc., Dr. Kathryn Tyler, Anthony Burton, Van F. Welton and Brett Benson

| NAME (Type or print) |
|---|
| Stephen A. Kolodziej |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Stephen A. Kolodziej |
| FIRM |
| Brenner, Ford, Monroe & Scott, Ltd. |
| STREET ADDRESS |
| 33 North Dearborn St., Ste. 300 |
| CITY/STATE/ZIP |
| Chicago, IL  60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6216375 | (312) 781-1970 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☑ | ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☑ | ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐