# United States District Court
# Northern District of Illinois

In the Matter of

National Rifle Association

v.

City of Chicago

Case No. 08 C 3697

Designated Magistrate Judge
Arlander Keys

## FINDING OF RELATEDNESS PURSUANT TO LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **Harry D. Leinenweber** to be related to **08-3645** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_____
Judge Milton I. Shadur

Dated: July 25, 2008

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **Milton I. Shadur**.

ENTER

FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge James F. Holderman

Dated: JUL 2 5 2008

Finding of Relatedness (Rev. 9/99)