## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Milton I. Shadur | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3697 | **DATE** | 7/29/2008 |
| **CASE TITLE** | National Rifle Association vs. The City of Chicago | | |

**DOCKET ENTRY TEXT**

Stephen P. Halbrook's motion for leave to appear pro hac vice is granted. (5-1)

Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|