IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 08 C 3697 |
| THE CITY OF CHICAGO, et al., | ) ) | **Judge Milton I. Shadur** |
| | ) | **Magistrate Judge Keys** |
| Defendants. | ) | |

<u>NOTICE OF FILING</u>

**TO:**  Stephen A. Kolodziej                    Stephen P. Halbrook
Brenner, Ford, Monroe & Scott, Ltd.    10560 Main Street
33 North Dearborn Street, Suite 300    Fairfax, Virginia 22030
Chicago, IL 60602

**PLEASE TAKE NOTICE** that on September 2, 2008, we filed with the Clerk of the Court, United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, **Defendant City of Chicago's Answer, Defense, and Jury Demand to Plaintiffs' Complaint for Declaratory Judgment and Injunctive Relief**, a copy of which is attached and is hereby served upon you.

Date: September 2, 2008                    Respectfully submitted,

                                                            MARA S. GEORGES
                                                            Corporation Counsel for the City of Chicago

                                                            By:   /s/William Macy Aguiar
                                                                    Assistant Corporation Counsel

Michael A. Forti
Mardell Nereim
Andrew W. Worseck
William Macy Aguiar
Rebecca Alfert Hirsch
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 744-9018 / 6975  / 7129 / 4216

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I, William Macy Aguiar, an attorney, hereby certify that on this, the 2nd day of September, 2008, I caused a copy of: (1) **Notice of Filing**; and (2) **Defendant City of Chicago's Answer, Defense, and Jury Demand to Plaintiffs' Complaint for Declaratory Judgment and Injunctive Relief**, to be served on

> Stephen A. Kolodziej
> Brenner, Ford, Monroe & Scott, Ltd.
> 33 North Dearborn Street, Suite 300
> Chicago, IL 60602

by electronic filing (ECF) and on

> Stephen P. Halbrook
> 10560 Main Street
> Fairfax, VA 22030

by depositing the same in the United States mail, proper first-class postage prepaid, at 30 N. LaSalle Street, Chicago, IL 60602.

                                                     /s/ William Macy Aguiar
                                                        William Macy Aguiar