**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., DR. KATHRYN TYLER, VAN F. WELTON, and BRETT BENSON, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. 08 CV 3697 |
| | ) | Judge Milton I. Shadur |
| THE CITY OF CHICAGO, | ) ) | |
| Defendant. | ) | |

**MOTION OF PLAINTIFFS NATIONAL RIFLE
ASSOCIATION *et al.* FOR ATTORNEY'S FEES**

Plaintiffs National Rifle Association, Inc., *et al.*, pursuant to 42 U.S.C. § 1988(b), hereby move the Court for an award of attorney's fees and costs against defendants the City of Chicago and the Village of Oak Park.

For work on both *NRA v. Chicago* and *NRA v. Oak Park*, plaintiffs claim a total of $1,727,160.71 in fees and expenses, for which defendants Chicago and Oak Park are jointly and severally liable. For work only involving *NRA v. Chicago*, plaintiffs claim an additional $142,109.60. For work only involving *NRA v. Oak Park*, plaintiffs claim an additional $326,052.98. This motion is subject to a supplemental filing containing additional attorney's fees and expenses incurred in litigating this motion.

Pursuant to Local Rule 54.3(f), attached herewith is the Joint Statement Pursuant to Local Rule 54.3(e). Plaintiffs have also filed simultaneously herewith their joint memorandum in support of this motion and supporting exhibits.

Dated: January 18, 2012.

**NATIONAL RIFLE ASSOCIATION
OF AMERICA, INC., Dr. KATHRYN TYLER,
VAN F. WELTON and BRETT BENSON**
Plaintiffs

BY:    s/ Stephen A. Kolodziej
                One of Their Attorneys

| | |
|---|---|
| Stephen P. Halbrook | Stephen A. Kolodziej |
| Attorney at Law | Ford & Britton, P.C. |
| 3925 Chain Bridge Road, Suite 403 | 33 North Dearborn Street, Suite 300 |
| Fairfax, VA 22030 | Chicago, Illinois 60602 |
| Tel. (703) 352-7276 | Tel (312) 924-7500 |
| Fax (703) 359-0938 | Fax (312) 924-7516 |

## CERTIFICATE OF SERVICE

I, Stephen A. Kolodziej, an attorney, certify that on this, the 18th day of January, 2012, I caused a copy of the foregoing to be served by electronic filing on:

Michael A. Forti
Andrew W. Worseck
William Macy Aguiar
Rebecca Alfert Hirsch
City of Chicago - Department of Law
Constitutional and Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
Tel:    (312) 744-4342
Fax:    (312) 742-3925

and that I caused a copy to be served by U.S. Mail on:

Ranjit Hakim
Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606

s/ Stephen A. Kolodziej
Stephen A. Kolodziej
Counsel for Plaintiffs