# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Milton I. Shadur | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3697 | **DATE** | 4/4/2012 |
| **CASE TITLE** | NRA vs. City of Chicago | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Motion by Amicus Parties for leave to file amicus brief is granted. (120-1) Plaintiffs' reply to all submissions is due on or before May 2, 2012.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | SN |
|---|---|---|