# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

National Rifle Association of America, Inc., et al.

                                  Plaintiff,

v.                                                                         Case No.: 1:08–cv–03697
                                                                                 Honorable Milton I. Shadur

The City of Chicago, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 25, 2012:

      MINUTE entry before Honorable Milton I. Shadur:Enter Memorandum Opinion and Order. Motion for attorney fees [102] is granted, except that : 1. Halbrook's billing rate is reduced to $450 per hour. 2. Kolodziej's billing rate is reduced to $300 per hour. 3. Halbrook may not claim fees for work performed from August 15, 2009 through June 28, 2010. 4. Brenner may not claim fees for work performed during the time the cases were consolidated. NRA is ordered to submit its recalculation of its total fees in conformity with this opinion on or before July 12, 2012. NRA shall accompany that submission with copies of Halbrook's and Brenner's billing statements with the stricken time entries crossed−out or otherwise noted. Chicago and Oak Park will then be allowed 14 days to review NRA's recalculated figure and submit any objections. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.